**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JACQUELINE MICHELLE LOZA PALACIOS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2105-KC** |
| | § | |
| **TODD BLANCHE, et al.** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On August 11, 2026, Jacqueline Michelle Loza Palacios filed a Petition for a Writ of Habeas Corpus, ECF No. 1. On August 12, the Court ordered Respondents to show cause why the Court should not grant the application for a writ of habeas corpus. Aug. 12, 2026, Order, ECF No. 2.

Respondents have now filed a Response, ECF No. 3, in which they state that Loza Palacios "can seek a custody redetermination hearing before the immigration judge under 8 U.S.C. § 1226, *she simply hasn't requested it*." *Id.* at 3 (emphasis in original). Thus, Respondents argue that Loza Palacios has not exhausted her administrative remedies, and her Petition should be dismissed as premature. *Id.* at 4.

Accordingly, the Court **ORDERS** that Loza Palacios shall **FILE** a reply to Respondents' Response, **by no later than September 10, 2026**, answering the following questions:

(1) Have you requested a bond hearing from the immigration court? If so, when did you request a bond hearing and how did you make the request to the immigration court?

(2) If you requested a bond hearing, were you given a bond hearing? If so, when was the bond hearing?

(3) If you were given a bond hearing, were you granted or denied bond? If you were denied bond, what was the reason the Immigration Judge denied bond?

**SO ORDERED**.

SIGNED this 21st day of August, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE